UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 5:16-cv-179-D**
         )
REX UNC HEALTHCARE, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED for lack of subject-matter jurisdiction. The clerk shall close the case.

**This Judgment Filed and Entered on November 8, 2016, and Copies To:**

Patrick Solomon     (Sent to 3489 Neeley St. Raleigh, NC 27606 via US Mail)

DATE:     JULIE RICHARDS JOHNSTON, CLERK
November 8, 2016     (By) /s/ Nicole Briggeman
    Deputy Clerk